| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **DB Nutrition, LLC** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA Clean Eatz Alpharetta** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-5301485** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**5815 Windward Pkwy, Ste. 202**<br>**Alpharetta, GA 30005**<br>Number, Street, City, State & ZIP Code<br><br>**Fulton**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **DB Nutrition, LLC**_____  Case number (*if known*)_____
          Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:
  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor   **DB Nutrition, LLC**                                                                                 Case number (*if known*)_____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | . | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15. Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **DB Nutrition, LLC** _____ Case number (_if known_) _____
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  3, 2019**
                MM / DD / YYYY

**X**   **/s/ Gary Davis**                          **Gary Davis**
     Signature of authorized representative of debtor       Printed name

Title    **Owner**

**18. Signature of attorney**

**X**   **/s/ William A. Rountree**              Date   **April  3, 2019**
     Signature of attorney for debtor                           MM / DD / YYYY

**William A. Rountree**
Printed name

**Rountree & Leitman, LLC**
Firm name

**2800 B North Druid Hills Rd**
**Suite 100**
**Atlanta, GA 30329**
Number, Street, City, State & ZIP Code

Contact phone   **404-584-1244**      Email address _____

**616503 GA**
Bar number and State

# CERTIFIED COPY OF RESOLUTION

# OF MEMBERS OF

# DB NUTRITION, LLC

This is to certify that at a meeting of the Members of DB Nutrition, LLC, a Georgia Limited Liability Company (the "Company"), held on the 27th day of March 2019 the following resolution was adopted:

**WHEREAS**, the Company is unable to pay its debts as they generally mature. **NOW, THEREFORE, IT IS HEREBY**

**RESOLVED**, that the Company authorizes the Managing Member of the Company to prepare, file and execute the Petition for Relief provided in Title 11, United States Code, Chapter 7 for DB Nutrition, LLC, a Georgia Limited Liability Company, and all of the necessary papers in connection therewith, in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division.

**RESOLVED FURTHER**, that the Managing Member of the Company be and he hereby is authorized to do any other acts, execute all necessary documents and take any other steps in the name and in behalf of the said Company necessary or appropriate to obtaining such relief, including the presentation of a Plan of Reorganization.

**RESOLVED FURTHER**, that the Managing Member of the Company be and he hereby is authorized to retain as counsel for the Company in said proceeding Rountree Leitman & Klein, LLC.

Said resolution is still of full force and effect.

Dated, this March 27, 2019.

DB Nutrition, LLC

By: _____
Gary Davis
Managing Member

4831-6294-90002

# United States Bankruptcy Court
## Northern District of Georgia

In re   **DB Nutrition, LLC**                                                    Case No.
                                Debtor(s)                                        Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 3, 2019**                    **/s/ Gary Davis**
                                             **Gary Davis**/**Owner**
                                             Signer/Title

.

AmeriPride Services Inc.
P.O. Box 308
Bemidji, MN 56619


Arrow Exterminators
2695 Leeshire Rd., #200
Tucker, GA 30084


AT&T
PO Box 105262
Atlanta, GA 30348-5262


Clean Eatz
203 Racine Dr.
Wilmington, NC 28403-8829


Clean Eatz Production Company
12603 State Route 143
Ste G
Highland, IL 62249


Comcast
P.O. Box 71211
Charlotte, NC 28272-1211


Dade Paper
600 Hartman Industrial Way,
Austell, GA 30168


FiveStars
340 Bryant St. #300
San Francisco, CA 94107


Gas South
P.O. Box 530552
Atlanta, GA 30353-0552

```
Georgia Department of Labor
148 Andew Young Int'l Blvd. NE
Atlanta, GA 30303



Georgia Department of Revenue
1800 Centrury Center Blvd
Suite 9100
Atlanta, GA 30345



Georgia Power Company
BIN #10102
241 Ralph McGill Blvd.
Atlanta, GA 30308-3374



Global Merchant Cash
30 Broad St, 14th Floor
New York, NY 10004



Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101



PNC Bank
12885 Highway 9
Alpharetta, GA 30004



PNC Merchant Services
One PNC Plaza
Pittsburgh, PA 15265



Proactive Payroll
2805 Peachtree Industrial Blvd
Suite 214
Duluth, GA 30097



The Dillion Agency, LLC
PO Box 2070
Powder Springs, GA 30127
```

```
The Hartford
PO Box 660916
Dallas, TX 75266


US Foods
P.O. Box 281945
Atlanta, GA 30384


Windward Northpoint, LLC.
131 Roswell St, Suite B201
Alpharetta, GA 30009


Winward Northpoint, LLC.
131 Roswell St, Suite B201
Alpharetta, GA 30009
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **DB Nutrition, LLC**  
Debtor(s)

Case No.  
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **DB Nutrition, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April  3, 2019**  
Date

**/s/ William A. Rountree**  
**William A. Rountree**  
Signature of Attorney or Litigant  
Counsel for **DB Nutrition, LLC**  
**Rountree & Leitman, LLC**  
**2800 B North Druid Hills Rd**  
**Suite 100**  
**Atlanta, GA 30329**  
**404-584-1244**